SUZANNE BEATENHEAD v. LINCOLN COUNTY, LINCOLN COUNTY BOARD OF EDU-
CATION, MARTIN EADDY, INDIVIDUALLY AND AS A MEMBER OF THE LINCOLN COUNTY
BOARD OF EDUCATION

No. 105PA04

(Filed 3 December 2004)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous, unpublished decision of the Court of Appeals, 162 N.C. App. 547, 591 S.E.2d 599 (2004), which in part affirmed an order entered on 18 June 2002 by Judge Forrest D. Bridges in Superior Court, Lincoln County denying summary judgment to defendant Eaddy on a malicious prosecution claim. Heard in the Supreme Court 9 November 2004.

*Suzanne Beatenhead, pro se, plaintiff-appellee.*

*Cranfill, Sumner & Hartzog, L.L.P., by Ann S. Estridge and Meredith T. Black, for defendant-appellant Martin Eaddy.*

PER CURIAM.

Justice NEWBY took no part in the consideration or decision of this case. The remaining members of the Court are equally divided, with three members voting to affirm and three members voting to reverse the decision of the Court of Appeals. Accordingly, the decision of the Court of Appeals is left undisturbed and stands without precedential value. See *Crawford v. Commercial Union Midwest Ins. Co.*, 356 N.C. 609, 572 S.E.2d 781 (2002); *Robinson v. Byrd*, 356 N.C. 608, 572 S.E.2d 781 (2002).

AFFIRMED.